UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20760-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MEDARDO CABRERA,

    Defendant.
_____/

### ORDER FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION

**THIS CAUSE** is before the Court on defendant Medardo Cabrera's unopposed motion to determine competency, and after considering the circumstances of the motion, it is **ORDERED:**

1. That the motion to determine competency is **GRANTED**.

2. That a psychiatric/psychological examination and evaluation of defendant, who is being held at the Federal Detention Facility, Miami, Florida, be performed by the medical staff of the Bureau of Prisons, pursuant to 18 U.S.C. §§ 4241 and 4247(b), within 20 days from the date of this Order.

3. That the parties provide the facility designated to perform the instant evaluation with any medical records, documents or other reports relevant to the issues in question.

4. That a report conforming to the requirements of 18 U.S.C. § 4247(c) be furnished to counsel for the government and counsel for the defense within 30 days from the date of this Order. Among other things, the report shall include the examiner's opinion as to "whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist

properly in his defense[.]" 18 U.S.C. § 4247(c)(4)(A).

    5.    That, upon receipt, defense counsel shall file a copy of the report with the Court under seal.

    6.    This matter is set for a status conference regarding the need for a competency hearing and/or other proceedings on **Thursday, March 23, 2008, at 10:00 a.m.**, in the South Courtroom, 300 NE 1st Avenue, Miami, FL 33132.

    7.    This Court finds that the period of delay from the granting of this motion until this Court is satisfied with the validity of the report which is to be prepared by the psychiatrists and/or psychologists of the Bureau of Prisons shall be excluded from the Speedy Trial calculation in computing the time within which the indictment charging this defendant with an offense must be filed. *See* 18 U.S.C. § 3161(b), (h)(1)(A).

**It is further ORDERED that the government shall immediately provide a copy of this Order to the Federal Detention Center.**

It is further **ORDERED** that the United States Marshal is directed to transport the defendant to the facility designated to perform the instant evaluation. In addition, it is

**RECOMMENDED** that this evaluation be performed at the Federal Detention Center, Miami, Florida.

**DONE AND ORDERED** at Miami, Florida this **14th** day of February, 2008.

                                        JOHN J. O'SULLIVAN
                                        UNITED STATES MAGISTRATE JUDGE

cc:    Michael Spivack, Esq.
       Brent S. Tantillo, AUSA
       U.S. Marshal (2 Certified)